U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 1 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LISA McCARTY, ET AL. | CIVIL ACTION NO. 05-0497 |
| versus | JUDGE HICKS |
| SOUTHLAND BUILDERS & ASSOCIATES, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## **O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections have been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Partial Dismissal (Doc. 22) is GRANTED** as follows: (A) all claims by both plaintiffs that are based on La. R.S. 51:2256 or that otherwise attempt to assert a retaliation claim under Louisiana law are dismissed; (B) all Title VII and Title 23 claims against Lloyd Guevara are dismissed; and (C) all claims against Southland Builders & Associates, Inc. for vicarious liability arising from the alleged battery committed by Lee Schumway on Lisa McCarty are dismissed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 11 day of October, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE